UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60698-CV-DIMITROULEAS

LIESMAR GUERRA MAFRAN,
A# 240-650-982,

       Petitioner,

v.

MITCHELL DIAZ,
In his official capacity as Assistant Field Office Director,
U.S. Immigration and Customs
Enforcement and Removal Operations;
CYNTHIA SWAIN,
In her official capacity as Warden of the
Broward Transitional Center operated by
the Geo Group;
GARRETT RIPA,
In his official capacity as Field Office Director of the
Miami Field Office of the U.S. Immigration and Customs
Enforcement and Removal Operations;
TODD LYONS,
in his official capacity as Acting Director of the
U.S. Immigration and Customs Enforcement;
KRISTI NOEM, Secretary,
U.S. Department of Homeland Security, in her official capacity;
PAMELA BONDI, Attorney General of the
United States, in her official capacity,
EXECUTIVE OFFICE for Immigration
Review United States Department of Justice,

       Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner LIESMAR GUERRA MAFRAN

("Petitioner")'s Emergency Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and

Complaint for Declaratory and Injunctive Relief and Emergency Motion for Temporary

Restraining Order and Stay of Removal Proceedings (the "Petition") [DE 1], filed March 11,

2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **March 16, 2026**, Respondents shall file a response to the Petition. Petitioner may file a reply on or before March 20, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov