UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60698-CV-DIMITROULEAS

LIESMAR GUERRA MAFRAN,
A# 240-650-982,

      Petitioner,

v.

MITCHELL DIAZ,
In his official capacity as Assistant Field Office Director,
U.S. Immigration and Customs
Enforcement and Removal Operations;
CYNTHIA SWAIN,
In her official capacity as Warden of the
Broward Transitional Center operated by
the Geo Group;
GARRETT RIPA,
In his official capacity as Field Office Director of the
Miami Field Office of the U.S. Immigration and Customs
Enforcement and Removal Operations;
TODD LYONS,
in his official capacity as Acting Director of the
U.S. Immigration and Customs Enforcement;
KRISTI NOEM, Secretary,
U.S. Department of Homeland Security, in her official capacity;
PAMELA BONDI, Attorney General of the
United States, in her official capacity,
EXECUTIVE OFFICE for Immigration
Review United States Department of Justice,

      Respondents.
_____/

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on Petitioner LIESMAR GUERRA MAFRAN

("Petitioner")'s Emergency Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and

Complaint for Declaratory and Injunctive Relief and Emergency Motion for Temporary

Restraining Order and Stay of Removal Proceedings (the "Petition") [DE 1], filed March 11,

2026. The Court has considered the Petition, the Respondents' Response [DE 7], notes that no Reply was filed by Petitioner[1], and is otherwise fully advised in the premises.

Upon careful consideration of the arguments presented by both sides, the Court is persuaded by the reasoning and conclusion of the recent decision entered on February 6, 2026 by the Fifth Circuit Court of Appeals, holding that the noncitizen petitioners in removal proceedings were subject to mandatory detention under 28 U.S.C. § 1225(b)(2) because they were present in the United States without being admitted or paroled, despite having entered illegally many years ago. *See Buenrostro-Mendez v. Bondi et al.,* Case. Nos. 25-20496; 25-40701 (Feb. 6, 2026). The Court adopts the analysis of the majority opinion of that decision as if set forth herein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **DENIED**;

2.  The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

---

[1] The Court's March 11, 2026 Order Requiring Expedited Response from Respondents permitted Petitioner to file a reply on or before March 20, 2026. *See* [DE 4].